ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702-474-4222
Attorney for Defendant
emagana@draskovich.com
robert@draskovich.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>ASHLEY ZAMBUTO, )<br>        Defendant. )<br>_____ ) | Case No.: 2:16-CR-00200-JCM-PAL<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>    **(Fourth Request)** |

    Defendant, Ashley Zambuto, by and through her attorney of record, Robert M. Draskovich, Esq., and Plaintiff United States of America, by and through DAYLE ELIESON, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, stipulate and request that the Court continue her sentencing hearing, currently scheduled for May 7, 2018, until September of 2018 or to a date convenient for the Court. The government's investigation into related criminal activity by others is ongoing.  The instant case is related to <u>USA v Boyar</u>, et al. A trial date is currently set in June of 2018.

    Accordingly, in the view of the government and the defendant, this case is not ripe for sentencing. Defendant Zambuto is not in custody, and specifically requests this continuance. Defendant Zambuto is in compliance with her release conditions. Defendant Zambuto waives any right she may have to a speedy sentencing in this matter.

1

1     WHEREFORE, the parties stipulate and request that the Court continue defendant

2 Zambuto's sentencing hearing, currently scheduled for May 7, 2018, until September of 2018

3 or to a date convenient for the Court.

4     RESPECTFULLY SUBMITTED this 27th day of March, 2018.

/s/ Daniel Cowhig
DANIEL COWHIG
Assistant United States Attorney


By: /s/ Robert M. Draskovich, Esq.
ROBERT M. DRASKOVICH, Esq.
Counsel for defendant Zambuto

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) Case No.: 2:16-CR-00200-JCM-PAL |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER CONTINUING SENTENCING HEARING** |
| ASHLEY ZAMBUTO, | ) |
| Defendant. | ) |

This matter comes before the Court on the parties Stipulation to Continue Sentencing. Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby finds that:

1. The government's investigation into related criminal activity by others is ongoing. The instant case is related to USA v Boyar, et al. A trial date is currently set in June of 2018. Accordingly, in the view of the government and the defendant, this case is not ripe for sentencing. Defendant Zambuto is not in custody and has no objection to a continuance of her sentencing hearing, currently scheduled for May 7, 2018, until September of 2018 or to a date convenient for the Court.

2. The Court hereby concludes that the ends of justice are best served by granting this continuance of defendant Zambuto's sentencing.

/ / /

/ / /

/ / /

/ / /

## **ORDER**

**IT THEREFORE ORDERED** that the sentencing hearing, currently scheduled for May 7, 2018 is vacated and reset for **Monday, September 24, 2018 at 10:00 a.m.**

                                 **IT IS SO ORDERED** March 29, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

/s/ Robert M. Draskovich
_____
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
Attorney for Defendant Zambuto