ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702-474-4222
Attorney for Defendant
emagana@draskovich.com
robert@draskovich.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>vs.<br><br><br>ASHLEY ZAMBUTO,<br>　　　　　Defendant.<br>_____ | Case No.:　2:16-CR-00200-JCM-PAL<br><br>**STIPULATION TO CONTINUE<br>SENTENCING HEARING**<br>　　　　(Sixth Request) |

Defendant, Ashley Zambuto, by and through her attorney of record, Robert M.

Draskovich, Esq., and Plaintiff United States of America, by and through DAYLE ELIESON,

United States Attorney, and Daniel Cowhig, Assistant United States Attorney, stipulate and

request that the Court continue her sentencing hearing, currently scheduled for January 14,

2019, for thirty (30) days or to a date convenient for the Court. Counsel for Defendant will be in

a jury trial in State of Nevada vs. Donald Brown, Case No. C-14-299574-1, beginning January

14, 2019.

Defendant Zambuto is not in custody and does not object to the request for continuance.

Defendant Zambuto is in compliance with her release conditions. Defendant Zambuto waives

any right she may have to a speedy sentencing in this matter.

1        WHEREFORE, the parties stipulate and request that the Court continue defendant

2   Zambuto's sentencing hearing, currently scheduled for January 14, 2019, for thirty (30) days or

3   to a date convenient for the Court.

4        RESPECTFULLY SUBMITTED this 3rd day of January, 2019.

5

6                  /s/ Daniel Cowhig
                   DANIEL COWHIG
                   Assistant United States Attorney

7

8                  By: /s/ Robert M. Draskovich, Esq.
                   ROBERT M. DRASKOVICH, Esq.

9                  Counsel for defendant Zambuto

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:16-CR-00200-JCM-PAL |
| Plaintiff, | ) |
| vs. | ) **ORDER CONTINUING SENTENCING** |
| | ) **HEARING** |
| ASHLEY ZAMBUTO, | ) |
| Defendant. | ) |

This matter comes before the Court on the parties Stipulation to Continue Sentencing. Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby finds that:

1.  Counsel for Defendant will be in a jury trial in <u>State of Nevada vs. Donald Brown</u>, Case No. C-14-299574-1, beginning January 14, 2019. Defendant Zambuto is not in custody and has no objection to a continuance of her sentencing hearing, currently scheduled for January 14, 2019, for thirty (30) days or to a date convenient for the Court.

2.  The Court hereby concludes that the ends of justice are best served by granting this continuance of defendant Zambuto's sentencing.

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

**IT THEREFORE ORDERED** that the sentencing hearing, currently scheduled for January 14, 2019 is vacated and reset to February 13, 2019, at 10:00 a.m.

**IT IS SO ORDERED** January 8, 2019.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

/s/ Robert M. Draskovich
_____
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
Attorney for Defendant Zambuto